**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

VASILY DONTSOV,

      Petitioner,

      v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

      Respondents.

CIVIL ACTION NO.: 5:26-cv-174

**O R D E R**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, raising what appears to be the same claim and seeking the same relief as the Petitioners in the <u>Villa v. Normand</u>, 5:25-cv-89, consolidated cases.  Thus, the Court **DIRECTS** Respondents to **SHOW CAUSE** why this Petitioner is not entitled to the same relief as the Petitioners in the cases consolidated into <u>Villa</u> within **five business days** of this Order.  The Court **DIRECTS** the United States Marshal to serve a copy of the Petition, doc. 1, and a copy of this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Warden-Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia.  <u>See</u> Fed. R. Civ. P. 4(i).  Petitioner is responsible for serving any other Respondent named in the Petition.[1]  The Court **DIRECTS** the Clerk of Court

---

[1]     The Court advises Petitioner's counsel that, absent compelling argument to the contrary, the Warden-Respondent will be the only named Respondent.  Counsel for Respondent has repeatedly assured the Court that the Warden-Respondent will be able to provide the requested relief.

to provide a courtesy copy of this Order and the Petition to the United States Attorney's Office

at: Bradford.Patrick@usdoj.gov; Woelke.Leithart@usdoj.gov; and Keveya.Sturkey@usdoj.gov.

**SO ORDERED**, this 9th day of February, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2